IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| MY SNP, LLC d/b/a AMERICAS BEST VALUE INN,<br>    Plaintiff,<br><br>v.<br><br>BERKLEY ASSURANCE COMPANY and ELIZABETH ORTIZ,<br>    Defendants. | § § § § § § § § § § | Civil Action No.<br>DR-17-CV-035-AM/VRG |

## ORDER OF DISMISSAL WITH PREJUDICE

On October 12, 2017, the parties filed an agreed motion for dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the agreed motion for dismissal (ECF No. 15) is **GRANTED** and that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the agreed motion. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action (ECF Nos. 4, 5) be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 25th day of January, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE